UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DARVION EARL                                              PETITIONER

VS.                                    CIVIL ACTION NO. 3:16CV636TSL-RHW

STATE OF MISSISSIPPI                                     RESPONDENTS
AND BILLIE SOLLIE

<u>ORDER</u>

This cause is before the court on the report and
recommendation of Magistrate Judge Robert H. Walker entered on
March 17, 2017, recommending that respondent's motion to dismiss
Earl's § 2241 petition be granted and that the petition be
dismissed.  Petitioner Darvion Earl has not filed an objection and
the time for doing so has expired.  Having reviewed the report and
recommendation, the court concludes that the report and
recommendation is well taken and hereby adopts, as its own
opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report
and recommendation of United States Magistrate Robert H. Walker
entered on March 17, 2017, be, and the same is hereby, adopted as
the finding of this court.  Accordingly, it is ordered that
respondent's motion to dismiss is granted and the petition is
dismissed.

It is further ordered that a certificate of appealability is
denied.  Petitioner has failed to demonstrate that "jurists of
reason would find it debatable whether the petition states a valid
claim of the denial of a constitutional right" and that "jurists
of reason would find it debatable whether [this] court was correct

in its procedural ruling." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000).

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 10th day of April, 2017.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

2